# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### (Wichita Division)

UNITED STATES OF AMERICA,

    PLAINTIFF,

                                          CASE NO. 23-CR-10041-EFM

vs.

LARRY D. TRIPLETT, III

    DEFENDANT.

## WAIVER OF APPEARANCE AT ARRAIGNMENT PURSUANT TO FED. R. CRIM. PRO 10(b) AND ENTRY OF NOT GULLTY PLEA TO SUPERSEDING INDICTMENT

Mr. Triplett, by and through counsel, Thomas H. Johnson of Petefish, Immel, Hird, Johnson & Leibold, L.L.P., waives his appearance at arraignment on the Superseding Indictment (ECF doc. 113) pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure.  Mr. Triplett was initially arraigned on the Indictment (ECF doc. 67) on May 5, 2023 and entered a not guilty plea on all counts and denial of forfeiture. ECF doc. 67.

The government now charges Mr. Triplett in a Superseding Indictment. ECF doc. 113.  He notes that the Superseding Indictment

1

charges him with the crimes originally charged in the Indictment and one new crime as alleged in Count 11 of the Superseding Indictment. Accordingly, Mr. Triplett wishes to waive his appearance at arraignment currently scheduled for July 28, 2023 at 1:30 p.m., and asks the Court to accept his plea of not guilty to all charges and denial of the forfeiture allegation in the Superseding Indictment.

For the reasons given above, Mr. Triplett is eligible under Rule 10(b) to waive his presence at arraignment on the Superseding Indictment, and wishes to do so, subject to the court's acceptance of his waiver.

Respectfully submitted,

/s/ Thomas H. Johnson
Thomas H. Johnson #13688
Petefish, Immel, Hird,
Johnson & Leibold, LLP
842 Louisiana
Lawrence, Kansas 66044
Phone: (785) 843-0450
Fax:    (785) 843-0407
Email:tjohnson@petefishlaw.com
Attorney for Larry D. Triplett, III

Reviewed and approved

By: _Larry Triplett_
Larry D. Triplett, III

Date: July 25, 2023

## CERTIFICATE OF SERVICE

 I hereby certify that on this 26th day of July 2023, I electronically sent the foregoing Waiver of Appearance at Arraignment on the Superseding Indictment and Entry of Not Guilty Plea with the electronic filing system (CM/ECF) of the United States Court for the Wichita District of Kansas for electronic delivery to all counsel of record.

      /s/ Thomas H. Johnson
      Thomas H. Johnson
      Petefish, Immel, Hird,
      Johnson & Leibold, LLP
      842 Louisiana
      Lawrence, Kansas 66044
      Phone: (785) 843-0450
      Fax: (785) 843-0407
      Email: tjohnson@petefishlaw.com